STATE v. McCALL

No. 80 PC.

Case below: 35 N.C. App. 412.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 April 1978.

STATE v. PINYAN

No. 77 PC.

Case below: 35 N.C. App. 577.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 April 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 April 1978.

STATE v. SCOTT

No. 60 PC.

Case below: 35 N.C. App. 277.

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 March 1978.

STATE v. SHEPPARD

No. 63 PC.

Case below: 35 N.C. App. 577.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 April 1978.

STATE v. SINGS

No. 42 PC.

Case below: 35 N.C. App. 1.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 March 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 29 March 1978.